IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URETEK USA, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-4432 |
| EAGLELIFT, INC. | § § § § | |
| Defendant. | § § § § | |

## **PLAINTIFF URETEK'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Uretek certifies that URETEK USA, Inc. is financially interested in the outcome of this litigation.

Dated: December 7, 2018

By /s/ *Charles B. Walker, Jr.*
Charles B. Walker, Jr.
*Attorney-in-Charge*
Texas Bar No. 00794808
S.D. Tex. Bar No. 19307
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:   (713) 651-5151
Fax:   (713) 651-5246
charles.walker@nortonrosefulbright.com

OF COUNSEL:
Jeffrey P. Kitchen
S.D. Tex. Bar No. 2574035
jeff.kitchen@nortonrosefulbright.com
Andrea Shannon
andrea.shannon@nortonrosefulbright.com
S.D. Tex. Bar. No. 3265148
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Tel:   (713) 651-5151
Fax:   (713) 651-5246

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF. Any counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

    /s/ *Charles B. Walker, Jr.*
    Charles B. Walker, Jr.